UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>ALEJANDRO JOSE ROJAS,<br><br>Defendant | Case No. 2:20-cr-00302-APG-NJK<br><br>ORDER |

Defendant Alejandro Rojas filed a pro se paper requesting one year's credit against his sentence for time he spent at the Nevada Southern Detention Center (NSDC). ECF No. 12. I will treat the paper as a motion. Rojas states that he is not seeking compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i), but rather relief under 28 U.S.C. § 1651, the so-called All Writs Act. *Id.* at 1. He contends that the Bureau of Prisons refuses to credit him for his time at NSDC between May 2017 and May 2021, and that he was denied the opportunity to earn time credit under the "Care Act," which I interpret as a reference to the First Step Act of 2018. *Id.* at 2.

I ORDER the United States to file a response to Rojas' motion by March 8, 2023. Rojas may file a reply in support of his motion by March 29, 2023.

DATED THIS 17th day of February, 2023.

Andrew P. Gordon
UNITED STATES DISTRICT JUDGE